1  IRELL & MANELLA LLP
   Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
2  Ian R. Washburn (274759) (iwashburn@irell.com)
   Dennis J. Courtney (307646) (dcourtney@irell.com)
3  1800 Avenue of the Stars, Suite 900
   Los Angeles, California 90067-4276
4  Telephone:     (310) 277-1010
   Facsimile:     (310) 203-7199
5
   Attorneys for Plaintiff
6  Yahoo!, Inc.

7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11  YAHOO!, INC.,                    )   Case No. 3:16-cv-07044
                                     )
12                 Plaintiff,        )   YAHOO!, INC.'S COMPLAINT FOR
                                     )   BREACH OF CONTRACT
13       vs.                         )
                                     )   DEMAND FOR JURY TRIAL
14  MYMAIL, LTD.,                    )
                                     )
15                 Defendant.        )
    _____    )

16

17       Plaintiff Yahoo!, Inc. ("Yahoo"), for its Complaint against MyMail, Ltd. ("MyMail"), to

18  the best of its knowledge, information and belief, and through its attorneys, alleges as follows:

19                          **NATURE OF ACTION**

20       1.      This is an action for breach of contract.

21                              **PARTIES**

22       2.      Plaintiff Yahoo is a company organized and existing under the laws of the

23  Delaware with its principal place of business at 701 First Avenue, Sunnyvale, California 94089.

24       3.      On information and belief, Defendant MyMail is a Texas limited partnership with

25  its principal place of business located at 5344 County Road 3901, Athens, TX 75752.

26                      **JURISDICTION AND VENUE**

27       4.      This Court has subject matter jurisdiction over this dispute based on diversity of

28  citizenship under 28 U.S.C. § 1332(a), as the amount in controversy exceeds $75,000 and the

10098764

1    dispute is between a plaintiff that is incorporated in Delaware, with current headquarters in

2    California, and a defendant that on information and belief is a citizen of Texas.

3         5.    This Court has personal jurisdiction over MyMail because MyMail purposefully

4    has directed its activities at California residents, including Yahoo, with the knowledge that its

5    conduct could cause harm in this State, and Yahoo's cause of action arises out of and is related to

6    these activities.

7         6.    This Court also has personal jurisdiction over MyMail because, on information and

8    belief, MyMail agreed in the contracts at issue in this litigation to submit to the personal

9    jurisdiction of this court.

10        7.    Venue is proper in this judicial district under 28 U.S.C. § 1391(b).  On information

11   and belief, MyMail also agreed in the contracts at issue in this litigation to setting venue in this

12   judicial district.

13                          **INTRADISTRICT ASSIGNMENT**

14        8.    Assignment to the San Jose Division is appropriate pursuant to Civil L.R. 3-2(c)

15   and (e) because a substantial part of the events or omissions giving rise to Yahoo's claims occurred

16   in the County of Santa Clara and because MyMail agreed in the contracts at issue in this litigation

17   to litigate related disputes in the County of Santa Clara.

18                            **FACTUAL BACKGROUND**

19        9.    Yahoo provides users with access to a rich collection of resources, including

20   various communications tools, forums, shopping services, search services, personalized content

21   and branded programming through its network of properties which may be accessed through,

22   among other things, personal computers and mobile devices.

23        10.   One resource that Yahoo has provided users with access to is the "Yahoo Toolbar."

24        11.   Before downloading or first using the Yahoo Toolbar, a user needed to agree to the

25   terms of a Toolbar Software License.  A true and correct copy of the Toolbar Software License is

26   attached to this Complaint as Exhibit 1 and is incorporated by reference herein.

27        12.   The Toolbar Software License provides, among other things, that a user may not

28   "decompile, reverse engineer, disassemble, modify, rent, lease, loan, distribute, or create

1  derivative works (as defined by the U.S. Copyright Act) or improvements (as defined by U.S.

2  patent law) from the Yahoo! Software or any portion thereof."  Ex. 1 ¶ 1.2(i).

3          13.      The Toolbar Software License also provides that a user may not "use the Yahoo!

4  Software in any unlawful manner, for any unlawful purpose, or in any manner inconsistent with

5  TOS or this Software License."  *Id.* ¶ 1.2(iii).

6          14.      The Toolbar Software License also provides that a user may not "derive income

7  from the use or provision of the Yahoo! Software, whether for direct commercial or monetary gain

8  or otherwise, without Yahoo!'s prior, express, written permission."  *Id.* ¶ 1.2(vi).

9          15.      The Toolbar Software License also provides: "You agree not to assign, copy,

10  transfer, or transmit the Yahoo! Software, or any data obtained through the Yahoo! Software, to

11  any third party."  *Id.* ¶ 2.

12          16.      The Toolbar Software License also provides: "THE YAHOO! ENTITIES AND

13  YAHOO! LICENSORS WILL NOT BE LIABLE TO YOU FOR CLAIMS AND LIABILITIES

14  OF ANY KIND ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF THE

15  YAHOO! SOFTWARE BY YOURSELF OR BY THIRD PARTIES . . . ."  *Id.* ¶ 6.

16          17.      The Toolbar Software License also provides: "You agree to indemnify and hold the

17  Yahoo! Entities harmless from any claim or demand, including reasonable attorneys' fees, made

18  by any third party in connection with or arising out of your use of the Yahoo! Software, your

19  violation of any terms or conditions of this Software License, your violation of applicable laws, or

20  your violation of any rights of another person or entity."  *Id.* ¶ 7.

21          18.      The Toolbar Software License also provides: "This Software License and the

22  relationship between [MyMail] and Yahoo! is governed by the laws of the State of California

23  without regard to its conflict of law provisions."  *Id.* ¶ 9.

24          19.      The Toolbar Software License also provides: "You and Yahoo! agree to submit to

25  the personal and exclusive jurisdiction of the courts located within the county of Santa Clara."  *Id.*

26          20.      Yahoo also provides users with access to email services.

27

28

21.     Before first using Yahoo's email services, a user must agree to Yahoo's Terms of Service ("TOS").  A true and correct copy of the TOS is attached to this Complaint as Exhibit 2 and is incorporated by reference herein.

22.     The TOS provides, among other things, as follows: "You agree to indemnify and hold Yahoo and its subsidiaries, affiliates, officers, agents, employees, partners and licensors harmless from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of . . . your use of the Yahoo Services, your connection to the Yahoo Services, your violation of the TOS, or your violation of any rights of another." *Id.* ¶ 11.

23.     The TOS also provides: "YOU EXPRESSLY UNDERSTAND AND AGREE THAT YAHOO AND ITS SUBSIDIARIES, AFFILIATES, OFFICERS, EMPLOYEES, AGENTS, PARTNERS AND LICENSORS SHALL NOT BE LIABLE TO YOU FOR ANY PUNITIVE, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES, INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS, GOODWILL, USE, DATA OR OTHER INTANGIBLE LOSSES (EVEN IF YAHOO HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES), RESULTING FROM: (a) THE USE OR THE INABILITY TO USE THE YAHOO SERVICE; (b) THE COST OF PROCUREMENT OF SUBSTITUTE GOODS AND SERVICES; (c) UNAUTHORIZED ACCESS TO OR ALTERATION OF YOUR TRANSMISSIONS OR DATA; (d) STATEMENTS OR CONDUCT OF ANY THIRD PARTY ON THE YAHOO SERVICE; OR (e) ANY OTHER MATTER RELATING TO THE YAHOO SERVICE." *Id.* ¶ 20.

24.     The TOS also provides:  "You and Yahoo each agree that the TOS and the relationship between the parties shall be governed by the laws of the State of California without regard to its conflict of law provisions and that any and all claims, causes of action or disputes (regardless of theory) arising out of or relating to the TOS, or the relationship between you and Yahoo, shall be brought exclusively in the courts located in the county of Santa Clara, California or the U.S. District Court for the Northern District of California. You and Yahoo agree to submit to the personal jurisdiction of the courts located within the county of Santa Clara, California or the

1   Northern District of California, and agree to waive any and all objections to the exercise of

2   jurisdiction over the parties by such courts and to venue in such courts." *Id.* ¶ 28.

3        25.     On information and belief, MyMail or an individual under MyMail's direction or

4   control has used Yahoo's email services, and has downloaded, installed, and used at least one

5   version of the Yahoo Toolbar in connection with Yahoo's email services. *See generally* Exs. 3, 4.

6        26.     On information and belief, MyMail agreed to and is bound by the TOS and the

7   Toolbar Software License.

8        27.     On September 7, 2016, MyMail filed a Complaint against Yahoo in the United

9   States District Court for the Eastern District of Texas.  Ex. 3 (MyMail Complaint).  This action

10  (the "Texas Action") was designated Civil Action No. 2:16-cv-01000-JRG-RSP.  *See id.*

11       28.     On November 18, 2016, MyMail filed a First Amended Complaint (the "FAC") in

12  the Texas Action.  *See* Ex. 4 (FAC).

13       29.     Multiple paragraphs of the MyMail Complaint and FAC purport to describe aspects

14  of the use and operation of the Yahoo Toolbar.  *See, e.g., id.* ¶¶ 10-37.

15       30.     Multiple figures in the MyMail Complaint and FAC appear to have been produced

16  by a computer running at least one version of the Yahoo Toolbar.  *See, e.g., id.* ¶ 10 (Figure 1), ¶

17  17 (Figure 9), ¶ 22 (Figure 27), ¶ 25 (Figure 31), ¶ 27 (Figure 33), ¶ 28 (Figure 34).  The text in

18  the MyMail Complaint and FAC that accompanies these figures correspondingly and explicitly

19  alleges that these figures depict the operation of at least one version of the Yahoo Toolbar.  *See,*

20  *e.g., id.* ¶ 27 ("***As shown below . . . the Yahoo Toolbar displays the toolbar*** as defined by the

21  updated toolbar data, such as the latest unread mail count, while one or more first webpages of, for

22  example, the Google website are being displayed on the user internet device.") (emphasis added).

23       31.     Multiple figures in the MyMail Complaint and FAC appear to depict the use of at

24  least one version of the Yahoo Toolbar in conjunction with the use of Yahoo's e-mail services.

25  *See, e.g., id.* ¶ 17 at Figure 9 (purporting to depict the use of the Yahoo Toolbar with the Yahoo

26  email account "bjctest02").

27

28

32.     Both the MyMail Complaint and FAC contain figures depicting data allegedly stored by at least one version of the Yahoo Toolbar in the "Windows System Registry."  *See, e.g.*, *id.* ¶ 13 (Figures 4, 5, 6).

33.     Both the MyMail Complaint and FAC also contain figures depicting the contents of a file allegedly used by at least one version of the Yahoo Toolbar.  *See, e.g.*, *id.* ¶¶ 15-16 (Figures 7 and 8).  One portion of this file is alleged by MyMail to identify "a function to be performed by a specific toolbar button upon actuation of the toolbar button," and to include a "function to be performed when the "Mail" button is actuated" during the use of the Yahoo Toolbar.  *Id.* ¶ 16.

34.     Both the MyMail Complaint and FAC also contain figures and text describing records of communications allegedly made between at least one version of the Yahoo Toolbar and a server on the Internet.  *See, e.g.*, *id.* ¶¶ 18, 19, 23, 26, 32, 33, 34.  Other figures and text describe aspects of the alleged content and purpose of such communications.  *See, e.g.*, *id.* ¶¶ 19, 20, 21, 22, 23, 24, 33.

35.     Both the MyMail Complaint and FAC contain images allegedly depicting aspects of the functionality of the Yahoo Toolbar that, on information and belief, were not produced by the Yahoo Toolbar, or any other software provided by Yahoo, and do not convey information that would ordinarily be made visible or apparent to users of the Yahoo Toolbar.  *See, e.g., id.* Figures 7, 8, 10, 11, 12, 14, 15, 23, 25, 26, 37.

36.     The Texas Action relates to the TOS and the Toolbar Software License, and to the relationship between MyMail and Yahoo (as described, for example, in the TOS and Toolbar Software License).  For example, the allegations of the MyMail Complaint and FAC appear to be based upon the use of one or more versions of the Yahoo Toolbar in connection with Yahoo's e-mail services—activity governed by both the TOS and the Toolbar Software License.

37.     On information and belief, MyMail has materially breached the Toolbar Software License by, for example, reverse engineering one or more versions of the Yahoo Toolbar, and by using the Yahoo Toolbar in a manner inconsistent with the TOS and the Toolbar Software License.

38.     On information and belief, MyMail has materially breached both the Toolbar Software License and the TOS by, as another example, filing the Texas Action outside of courts located in the county of Santa Clara, California or the U.S. District Court for the Northern District of California.

39.     On information and belief, MyMail has materially breached the Toolbar Software License by, as still another example, seeking to derive income from its use of Yahoo! Software.

40.     On information and belief, MyMail has materially breached the TOS by, as a further example, copying Yahoo! Software and data obtained through Yahoo! Software and by transferring or transmitting data obtained through Yahoo! Software in the MyMail Complaint and FAC.

41.     On information and belief, MyMail has breached its duty of good faith and fair dealing by, for example, obtaining and using one or more versions of the Yahoo Toolbar in the manner described above for the purpose of filing the Texas Action, and by filing the Texas Action.

42.     As a result of MyMail's actions, Yahoo has spent over $75,000 responding to the Texas Action.

## **COUNT I**

### **(Breach of the Toolbar Software License and the TOS)**

43.     Paragraphs 1 to 42 are incorporated herein as set forth above.

44.     The Toolbar Software License and the TOS are valid and binding contracts.

45.     Yahoo has performed all conditions, covenants, and promises to be performed by it under the Toolbar Software License and the TOS, except for those excused or otherwise discharged by reason of MyMail's conduct.

46.     MyMail materially breached the Toolbar Software License and the TOS.  Non-limiting examples of such breaches are provided above, including MyMail's bringing a cause of action arising out of or relating to the TOS and the Toolbar Software License in a court other than the courts located in the county of Santa Clara, California or the U.S. District Court for the Northern District of California, and reverse engineering aspects of one or more versions of the Yahoo Toolbar.

47.     As a direct and proximate result of MyMail's actions, Yahoo has suffered damage in an amount to be proven at trial.

## COUNT II

### (Breach of the Duty of Good Faith and Fair Dealing)

48.     Paragraphs 1 to 47 are incorporated herein as set forth above.

49.     The Toolbar Software License and the TOS are valid and binding contracts.

50.     Yahoo has performed all conditions, covenants, and promises to be performed by it under the Toolbar Software License and the TOS, except for those excused or otherwise discharged by reason of MyMail's conduct.

51.     MyMail unfairly prevented Yahoo from receiving the benefits it was entitled to receive under the Toolbar Software License and the TOS.  Non-limiting examples of this are provided above, including MyMail's obtaining and using one or more versions of the Yahoo Toolbar in the manner described above for the purpose of filing the Texas Action, and also by filing the Texas Action.

52.     As a direct and proximate result of MyMail's actions, Yahoo has suffered damage in an amount to be proven at trial.

## RELIEF SOUGHT

WHEREFORE, Plaintiff Yahoo respectfully requests that a judgment be entered against Defendant MyMail as follows:

a.     For  monetary relief, including damages sustained by Yahoo, in an amount to be determined at trial;

b.     For Yahoo's attorney fees and costs in this action;

c.     For prejudgment interest according to law; and

d.     For such other and further relief as this Court may deem just and appropriate.

**JURY TRIAL DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff Yahoo hereby requests a trial by jury of all issues so triable.

Dated: December 9, 2016

Respectfully submitted,

IRELL & MANELLA LLP

By:_____/s/ Ian R. Washburn_____
            Ian R. Washburn

Benjamin W. Hattenbach (186455) (bhattenbach@irell.com)
Ian R. Washburn (274759) (iwashburn@irell.com)
Dennis J. Courtney (307646) (dcourtney@irell.com)
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone:     (310) 277-1010
Facsimile:      (310) 203-7199

Attorneys for Plaintiff Yahoo!, Inc.