UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO!, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MYMAIL, LTD., <br><br> Defendant. | Case No. 5:16-cv-07044-EJD-SVK <br><br> [~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY RE DEFENDANT'S SECOND MOTION TO DISMISS |

Yahoo!, Inc.'s ("Yahoo's") Administrative Motion for Leave to File Surreply Re Defendant's Second Motion to Dismiss has been considered, and good cause showing therefor, Yahoo's motion is hereby GRANTED. ~~The Court deems filed the proposed surreply attached to that motion.~~ Yahoo! shall file its Surreply as a separate docket entry on or before May 26, 2017.

**IT IS SO ORDERED.**

Dated: May 23, 2017

By: _____
The Honorable Edward J. Davila
United States District Judge