| | |
|---|---|
| IRELL & MANELLA LLP<br>Benjamin W. Hattenbach (186455)<br>(bhattenbach@irell.com)<br>Ian R. Washburn (274759)<br>(iwashburn@irell.com)<br>Dennis J. Courtney (307646)<br>(dcourtney@irell.com)<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Attorneys for Plaintiff Yahoo!, Inc. | BECK, BISMONTE & FINLEY, LLP<br>Alfredo A. Bismonte (136154)<br>(abismonte@beckllp.com)<br>Ronald C. Finley (200549)<br>(rfinley@beckllp.com)<br>150 Almaden Blvd, 10th Floor<br>San Jose, CA 95113<br>Telephone: (408) 938-7900<br>Facsimile: (408) 938-0790<br><br>BUETHER JOE & CARPENTER, LLC<br>Brian A. Carpenter (262349)<br>(Brian.Carpenter@BJCIPLaw.com)<br>Eric W. Buether (admitted pro hac vice)<br>(Eric.Buether@BJCIPLaw.com)<br>Christopher M. Joe (admitted pro hac vice)<br>(Chris.Joe@BJCIPlaw.com)<br>1700 Pacific, Suite 4750<br>Dallas, TX 75201<br>Telephone: (214) 466-1270<br>Facsimile: (214) 635-1842<br><br>Attorneys for Defendant MyMail, Ltd. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| YAHOO!, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MYMAIL, LTD,<br><br>　　　　Defendant. | Case No. 5:16-cv-07044-EJD-SVK<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR YAHOO TO RESPOND TO MYMAIL'S MOTIONS TO DISMISS, STAY, OR TRANSFER**<br><br>Hon. Edward J. Davila |

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Yahoo!, Inc. ("Yahoo") and |
| 2 | Defendant MyMail, Ltd. ("MyMail") (collectively, "the Parties"), hereby submit this stipulation to |
| 3 | extend the time for Yahoo to respond to MyMail's Renewed Motion to Dismiss For Lack of |
| 4 | Personal Jurisdiction and Venue and Renewed Motion to Dismiss, Stay, or Transfer (Dkts. 57, 58). |

Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Yahoo!, Inc. ("Yahoo") and Defendant MyMail, Ltd. ("MyMail") (collectively, "the Parties"), hereby submit this stipulation to extend the time for Yahoo to respond to MyMail's Renewed Motion to Dismiss For Lack of Personal Jurisdiction and Venue and Renewed Motion to Dismiss, Stay, or Transfer (Dkts. 57, 58).

WHEREAS, Yahoo's in-house counsel with primary responsibility for this matter is out of the office through September 4, 2017;

WHEREAS, this extension will not alter the date of any other event or any deadline already fixed by Court order, and there have been no previous extensions requested or granted;

IT IS HEREBY STIPULATED by and between Yahoo and MyMail that the deadline for Yahoo to respond to MyMail's renewed motions, currently September 1, 2017, be continued to September 8, 2017.

This Joint Stipulation is further supported by the Declaration of Dennis Courtney filed herewith.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 1, 2017                    IRELL & MANELLA LLP

                                            By: */s/ Dennis J. Courtney*
                                                Dennis J. Courtney
                                                *Attorneys for Plaintiff*
                                                YAHOO!, INC.

Dated: September 1, 2017                    BUETHER, JOE & CARPENTER LLC

                                            By: */s/ Eric W. Buether*
                                                Eric W. Buether
                                                *Attorneys for Defendant*
                                                MYMAIL, LTD.

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

DATED: Sept. 1, 2017                        [signature]

                                            Hon. Edward J. Davila
                                            United States District Court Judge

- 1 -

JOINT STIPULATION TO EXTEND THE DEADLINE FOR
YAHOO TO RESPOND TO MYMAIL'S MOTIONS TO
DISMISS
(Case No. 5:16-cv-07044-EJD-SVK)